Jonathan M. Saffer (State Bar No. 022004)
Theodore P. Witthoft (State Bar No. 021632)
Daniel B. Bernardone (State Bar No. 033256)
Alexander J. Relich (State Bar No. 038626)
**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Fax: (480) 863-1523
Email: jsaffer@rllsaz.com
Email: twitthoft@rllsaz.com
Email: dbernardone@rllsaz.com
Email: arelich@rllsaz.com
*Attorneys for Chapter 7 Trustees,*
*David A. Birdsell and David Reaves*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re:

[TITAN SOLAR POWER] PM & M ELECTRIC, INC.,

Debtor.

THIS FILING APPLIES TO:

□ All Debtors

■ Specified Debtors:

PM & M Electric, Inc. dba Titan Solar Power; Titan Solar Power AZ, Inc.; Titan Solar Power FL, Inc.; Titan Solar Power ID, Inc.; Titan Solar Power LA, Inc.; Titan Solar Power MD, Inc.; Titan Solar Power MO, Inc.; Titan Solar Power NC, Inc.; Titan Solar Power OH, Inc.; Titan Solar Power TX, Inc.; Titan Solar Power UT, Inc.; Titan Solar Power VA, Inc.

Chapter 7 Proceedings

Case No. 2:24-bk-04978-MCW
(Jointly Administered)

Adv. No. 2:26-ap-[REFER TO SUMMONS]

**TRUSTEES’ COMPLAINT:**

**(1) TO AVOID PREFERENTIAL TRANSFERS, PURSUANT TO 11 U.S.C. § 547;**
**(2) TO AVOID FRAUDULENT TRANSFERS, PURSUANT TO 11 U.S.C. § 548;**
**(3) FOR BREACH OF CONTRACT/INDEMNIFICATION;**
**(4) FOR UNJUST ENRICHMENT; and**
**(5) TO RECOVER PROPERTY FOR THE BENEFIT OF THE ESTATES, PURSUANT TO 11 U.S.C. § 550**

DAVID A. BIRDSELL, as Chapter 7 Trustee for PM & M Electric, Inc., dba Titan Solar Power, Titan Solar Power AZ, Inc., Titan Solar Power FL, Inc., Titan Solar Power ID, Inc., Titan Solar Power LA, Inc., Titan Solar Power MD, Inc., Titan Solar Power MO, Inc., Titan Solar Power NC, Inc., and Titan Solar Power OH, Inc.; and DAVID REAVES, as Chapter 7 Trustee for Titan Solar Power TX, Inc., Titan Solar Power UT, Inc., and Titan Solar Power VA, Inc.,

Plaintiffs,

vs.

KUMQUAT SOLAR LLC; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS/COMPANIES I-X;

Defendants.

Plaintiffs, David A. Birdsell and David Reaves, solely in their capacities as Chapter 7 Trustees for their respective bankruptcy estates, allege as follows against Defendant Kumquat Solar LLC (hereinafter referred to as the "Defendant") hereby alleges as follows:

## JURISDICTION AND VENUE

1. This adversary proceeding is brought in connection with the above-captioned jointly administered cases pending under Chapter 7 of the United States Bankruptcy Code.

2. Jurisdiction is vested in this Court by virtue of 28 U.S.C. §§ 1334, 151 and 157 and General Order No. 01-15 of the United States District Court of the District of Arizona and 11 U.S.C. §§ 547, 548 and 550.

3. Venue is proper pursuant to 28 U.S.C. § 1409(a).

4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (F), (H) & (O).

5. Pursuant to Fed.R.Bankr.P. 7001, proceedings to recover money or property are adversary proceedings governed by Part VII of the Bankruptcy Rules.

6. On June 20, 2024 ("Petition Date"), PM&M and Titan Solar Power AZ, Inc. filed voluntary petition(s) for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court, District of Arizona and the remaining Debtors identified herein filed their voluntary petition(s) for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court, District of Arizona on or about June 28, 2024.

7. Plaintiffs are the duly appointed Chapter 7 trustees of Debtors' bankruptcy case(s).

8. The Trustees are permitted to bring this adversary action on behalf of the Debtors' estate(s), pursuant to Fed.R.Bankr.P. 6009.

9. Defendant is or was at all relevant times a Nevada limited liability company.

10. Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships/Companies I-X, are those persons and entities whose relationship to the named Defendants or whose acts or omissions give rise to legal responsibility for the damages incurred by the Estates, or whom received benefits, payments, intermediate or mediate transfers, or related value, as described herein, but whose true identities are at the present time unknown to Plaintiffs. These persons and entities are hereby notified of Plaintiffs' intention to join them as defendants if and when additional investigation or discovery reveals the appropriateness of such joinder.

11. To the extent this Complaint sets forth causes of action that are not core proceedings, such claims are related to Debtors' bankruptcy cases and Plaintiffs consent, pursuant to 28 U.S.C. § 157(c)(2), to this Court hearing and determining such matters. Further, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure and Rule 7008-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Arizona, Plaintiffs state that Trustees consent to the entry of final orders or judgments

by the Bankruptcy Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**GENERAL ALLEGATIONS**

12. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

13. PM & M was incorporated in California on August 15, 1986.

14. Sometime during or after its incorporation in California, PM & M changed its domicile, principal place of business, and the location of its assets to Arizona.

15. At all times relevant herein, PM & M and the Debtors identified herein were in the solar installation business.

16. At the time of its bankruptcy, PM & M and its affiliated entities, including the Debtors identified herein, operated in numerous states.

17. PM & M and its affiliated entities, including the Debtors identified herein, operated using a "Dealer Model" in which PM & M contracted out a significant amount of its sales operations to third-party "Sales Organizations" who would sell PM & M's and its related entities' solar products to residential homeowners.

18. PM & M's standard sales and marketing agreements, including the sales and marketing agreement(s) concerning the Defendant that is at issue in this case (the "SMA"), specifically provided, among other things, that the Sales Organizations were required to maintain insurance, including advertising liability, blanket contractual liability and broad form property damage, with limits of at least $1,000,000 and umbrella coverage of at least $2,000,000.00 along with errors and omissions insurance with limits of at least $1,000,000.

19. The Sales Organizations acted as marketing and sales agents for PM & M and its affiliated entities, including the Debtors identified herein.

20. It was crucial to Debtors' business plan and its ordinary course of business that the Sales Organizations maintain the required insurance under the SMA.

21. Such insurance was vital to protect Debtors' business from potential misrepresentations and misconduct by the Sales Organizations which would be attributed to Debtors by consumers.

22. The insurance requirements of the SMA were magnified in importance, because PM & M's business model and the business model of the Debtors centered on the Sales Organizations as the primary driver of the Debtors' revenue.

23. In addition to the insurance requirements referenced above, PM & M's standard sales and marketing agreements, including the SMA, provided that the Sale Organizations would indemnify PM & M and its affiliated entities for, among other things, any claims and all claims stemming from the Sales Organizations' conduct.

24. The Sales Organizations often made misleading statements, misrepresentations, omitted material facts, and engaged in other unfair or deceptive acts during sales presentations with consumers.

25. Many consumers ended up saving far less than they were promised by the Sales Organizations, failed to qualify for tax credits, and ended up paying more in loan payments than expected.

26. Indeed, there are millions of dollars in claims filed in the PM & M bankruptcy case and the bankruptcy cases of the Debtors identified herein by consumers alleging they were harmed by the acts of the Sales Organizations.

27. These types of acts led to ongoing government investigations, consumer lawsuits and complaints, and other unfunded liabilities (including millions of dollars in consumer claims that remained unpaid as of the Petition Date).

28. Such liabilities were unfunded, in whole or in part, as a result of the Sales Organization's conduct and/or their failure to retain the required insurance under the SMAs.

29. By at least June 1, 2023, the Debtors' liabilities were in excess of their assets and the Debtors were unable to pay their obligations as they became due.

30. Such liabilities included, but were not limited to, liabilities from government investigations and consumer lawsuits and complaints which were the result of Sales Organization's misconduct.

31. Defendant was one of the "Sale Organizations" that entered into a sales and marketing agreement with PM & M (the "SMA").

32. Upon information and belief, Defendant failed to maintain insurance as required under the SMA.

33. The Defendant received at least $171,280.14 from PM & M and/or its affiliated entities including some or all of the Debtors identified herein, in the ninety (90) days prior to the Petition Date, as set forth in **Exhibit A** attached hereto and incorporated herein by this reference.

34. During the one year prior to the Petition Date, Defendant received at least $1,212,677.90 from PM & M and its affiliated entities, including the Debtors identified herein, as set forth in **Exhibit B** attached hereto and incorporated herein by this reference.

## FIRST CAUSE OF ACTION

## (Avoidance of Preferential Transfers, Pursuant to 11 U.S.C. § 547)

35. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

36. Pursuant to 11 U.S.C. § 547, the Trustees may avoid any transfer of an interest of a debtor in property to or for the benefit of a creditor, for or on account of an antecedent debt owed by the debtor before such transfer was made, made while the debtor was insolvent, made within 90 days of the filing of the petition (or within one year of the filing of the petition if the transfer is made to an insider), and that enabled that creditor to receive more than the creditor would receive upon liquidation of the estate and the transfer had not been made. *See* 11 U.S.C. § 547(b).

37. As set forth in **Exhibit A**, the Defendant received at least $171,280.14 in the ninety (90) days prior to the Petition Date from some or all of the Debtors (collectively, the "Preferential Transfers").

38. The Preferential Transfers were transfers of property of the Debtors' estate(s), pursuant to 11 U.S.C. § 541.

39. The Preferential Transfers were for, or on account of, antecedent debts owed by PM & M and its affiliated entities, including the Debtors identified herein.

40. However, the antecedent debts described in the immediately above paragraph were not incurred in the ordinary course of business or financial affairs of the Debtors, because Defendant had materially breached the underlying SMA with the Debtors by, among other things, its failure to maintain required insurance.

41. The Defendant was required to maintain the insurance identified in the SMA to be in compliance with the expected business practice contemplated by the Debtors.

42. The Defendant failed to maintain the insurance identified in the SMA and therefore materially breached the SMA.

43. The Debtors relied on Defendants maintaining the appropriate insurance required under the SMA.

44. The failure of Defendant to maintain the appropriate insurance contemplated in the SMA was a material breach of the SMA.

45. The Preferential Transfers were made while Debtors were insolvent, because, among other reasons, the Debtors' obligations exceeded Debtors' assets by at least June 20, 2023, and by June 20, 2023, the Debtors were unable to pay all Debtors' obligations as they became due.

46. Furthermore, the Trustees are entitled to the presumption of insolvency for each of the Preferential Transfers made during the ninety (90) days prior to the Petition Date, pursuant to 11 U.S.C § 547(f).

47. The Preferential Transfers enabled Defendant to receive a greater amount than it would have received upon a liquidation of the estate(s) and the Preferential Transfers had not been made.

48. The Preferential Transfers are avoidable, pursuant to 11 U.S.C. § 547.

**SECOND CAUSE OF ACTION**

**(Avoidance of Transfers, Pursuant to 11 U.S.C. § 548)**

49. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

50. Pursuant to 11 U.S.C. § 548, the Trustees may avoid any transfer that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily—(A) made such transfer or incurred such obligation with actual intent to hinder, delay, or defraud any entity to which the debtor was or became, on or after the date that such transfer was made or such obligation was incurred, indebted; or (B)(i) received less than a reasonably equivalent value in exchange for such transfer or obligation; and (ii)(I) was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation; (II) was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the debtor was an unreasonably small capital; (III) intended to incur, or believed that the debtor would incur, debts that would be beyond the debtor's ability to pay as such debts matured; or (IV) made such transfer to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business.

51. As set forth in **Exhibit B**, the Defendant received at least $1,212,677.90 in the one year prior to the Petition Date from some or all of the Debtors (collectively, the "Constructively Fraudulent Transfers").

52. The Constructively Fraudulent Transfers were transfers of property of the Debtors' estate(s), pursuant to 11 U.S.C. § 541.

53. The Constructively Fraudulent Transfers were made within two (2) years before the Petition Date.

54. At the time the Constructively Fraudulent Transfers were made Defendant had materially breached the underlying SMA by, among other things, Defendant's failure to maintain required insurance.

55. The failure of Defendant to maintain the appropriate insurance contemplated in the SMA was a material breach of the SMA.

56. The Defendant was required to maintain the insurance identified in the SMA to be in compliance with the expected business practice contemplated by, and relied on by, the Debtors as part of Debtors' business model.

57. The Debtors did not receive reasonably equivalent value in exchange for the Constructively Fraudulent Transfers, because the Debtors were not protected by the appropriate insurance Defendant was required to maintain under the SMA thereby exposing the Debtors to enormous risk.

58. The Constructively Fraudulent Transfers were made while Debtors were insolvent, because, among other reasons, the Debtors' obligations exceeded Debtors' assets by at least June 20, 2023, and by at least June 20, 2023, the Debtors were unable to pay all Debtors' obligations as they became due.

59. The Constructively Fraudulent Transfers are avoidable, pursuant to 11 U.S.C. § 548.

**THIRD CAUSE OF ACTION**

**(Breach of Contract/Indemnification – the SMA)**

60. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

61. The SMA constitutes a contract.

62. Defendant materially breached the SMA by, among other things, Defendant failing to maintain required insurance.

63. The Defendant was required to maintain the insurance identified in the SMA to be in compliance with the expected business practice contemplated, and relied on, by the Debtors as part of Debtors' business model and Defendant failed to do so.

64. The failure of Defendant to maintain the appropriate insurance contemplated in the SMA was a material breach of the SMA.

65. The Debtors have damages based upon Defendant's breach in an amount to be determined at trial.

66. Under the SMA, Defendant is required to indemnify the Debtors for damages.

**FOURTH CAUSE OF ACTION**

**(Unjust Enrichment, In the Alternative)**

67. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

68. Defendant was unjustly enriched by the payments which flowed to them by the Debtors.

69. There was enrichment of Defendant at the expense of the Debtors.

70. There was an impoverishment of the Debtors to the benefit of Defendant.

71. There was no justification for the enrichment of Defendant at the expense and impoverishment of the Debtors.

72. There was a causal connection between the impoverishment of the Debtors and the enrichment of Defendant, and they arose from the same series of transactions between the parties.

73. Defendant's retention of the benefits conferred to them by the Debtors would be unjust.

74. Plaintiffs lack an adequate remedy at law.

75. Defendant has been unjustly enriched, and the Debtors impoverished in an amount to be proven at trial.

**FIFTH CAUSE OF ACTION**

**(Recovery of Avoided Transfers, 11 U.S.C. § 550)**

76. The Trustees hereby incorporate by reference each and every allegation contained in the preceding paragraphs of this Complaint, as though fully set forth herein.

77. Plaintiffs are entitled to avoid the Preferential Transfers and Constructively Fraudulent Transfers, pursuant to 11 U.S.C. §§ 547 & 548 (collectively, the "Avoided Transfers").

78. Pursuant to 11 U.S.C. § 550(a), to the extent that a transfer is avoided under Section 547 and 548 of the United States Bankruptcy Code, the Trustees may recover, for the benefit of the estate(s), the property transferred, or, if the Court so orders, the value of such property, from (1) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (2) any immediate or mediate transferee of such initial transferee.

79. The Trustees are entitled to recover the value of the Avoided Transfers from (1) the initial transferee of such transfer or the entity for whose benefit such transfer was made; or (2) any immediate or mediate transferee of such initial transferee.

**RESERVATION OF RIGHTS**

The Trustees hereby specifically reserve the right to bring any and all other causes of action that it may maintain against Defendant, including, without limitation, causes of action arising out of the same transaction(s) set forth herein, to the extent discovery in this action or further investigation by the Trustees reveal such further causes of action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request this Court grant relief as follows:

a) Judgment against Defendant avoiding the Preferential Transfers under 11 U.S.C. § 547;

b) Judgment against Defendant avoiding the Constructively Fraudulent Transfers under 11 U.S.C. § 548;

c) Judgment in an amount to be determined at trial, but no less than $1,212,677.90, pursuant to 11 U.S.C. § 550;

d) Judgment declaring that, pursuant to 11 U.S.C. § 550, to the extent that the Preferential Transfers and the Constructively Fraudulent Transfers (collectively, the "Transfers") are avoided, the Trustees may recover, for the benefit of the estate(s), the value of such property transferred, from (1) the initial transferee of such Transfer or the entity for whose benefit such Transfer was made; or (2) any immediate or mediate transferee of such initial transferee;

e) Judgment against Defendant in an amount to be determined at trial for breach of the SMA and Judgment directing Defendant to indemnify the Debtors for damages stemming from Defendant's breach of the SMA;

f) Judgment against Defendant in an amount to be determined at trial for unjust enrichment;

g) Judgment in the amount of Trustees' attorneys' fees and costs incurred herein;

h) Pre- and post-judgment interest awarded at the maximum legal rate;

i) Taxable costs be awarded to Plaintiffs; and

j) Such other relief as the Court deems just and proper.

DATED this 19th day of June 2026.

**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**

By /s/ *Theodore P. Witthoft* #021632
Jonathan M. Saffer
Theodore P. Witthoft
Daniel B. Bernardone
Alexander J. Relich
*Attorneys for Chapter 7 Trustees,*
*David A. Birdsell and David Reaves*

# Exhibit A

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/21/2024 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 3/21/2024 | $5,091.27 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/28/2024 | $17,351.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 3/28/2024 | $7,030.70 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 4/4/2024 | $4,142.12 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/11/2024 | $16,162.90 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/18/2024 | $12,858.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 4/18/2024 | $2,675.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/25/2024 | $18,545.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/2/2024 | $4,329.61 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/9/2024 | $18,825.20 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/16/2024 | $13,662.50 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 5/16/2024 | $3,148.74 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/23/2024 | $32,660.63 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/3/2024 | $1,750.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 6/3/2024 | $6,630.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/3/2024 | $150.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/6/2024 | $4,265.87 |
| **TOTAL:** | | | **$171,280.14** |

# Exhibit B

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/22/2023 | $1,812.64 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 6/22/2023 | $10,818.14 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 6/29/2023 | $2,000.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/29/2023 | $7,383.75 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 6/29/2023 | $7,396.66 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 6/29/2023 | $3,454.06 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 7/6/2023 | $1,500.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 7/6/2023 | $27,171.71 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 7/6/2023 | $8,779.54 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 7/13/2023 | $1,500.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 7/13/2023 | $3,967.92 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 7/13/2023 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 7/13/2023 | $15,130.47 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 7/20/2023 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 7/20/2023 | $45,318.84 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 7/20/2023 | $827.88 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 7/27/2023 | $4,722.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 8/3/2023 | $19,833.49 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 8/3/2023 | $25,640.48 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 8/10/2023 | $8,010.07 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 8/10/2023 | $16,699.46 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 8/17/2023 | $565.90 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 8/17/2023 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 8/17/2023 | $1,121.59 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 8/24/2023 | $26,554.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 8/24/2023 | $9,808.37 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 8/31/2023 | $14,984.00 |

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| Titan Solar Power MO, Inc. | Kumquat Solar | 8/31/2023 | $21,476.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 8/31/2023 | $11,056.87 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/1/2023 | $2,209.12 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 9/7/2023 | $16,949.67 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 9/7/2023 | $2,000.00 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 9/14/2023 | $3,975.49 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 9/14/2023 | $9,398.71 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 9/14/2023 | $1,500.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/15/2023 | $2,000.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/21/2023 | $8,079.72 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 9/21/2023 | $10,200.00 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 9/21/2023 | $8,910.20 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 9/21/2023 | $4,000.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/22/2023 | $8,772.22 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 9/28/2023 | $491.89 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/28/2023 | $9,700.46 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 9/28/2023 | $9,147.20 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 9/28/2023 | $5,250.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 9/29/2023 | $6,384.72 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/5/2023 | $11,468.34 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 10/5/2023 | $4,780.29 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 10/5/2023 | $4,429.60 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 10/5/2023 | $6,000.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/6/2023 | $8,555.10 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 10/12/2023 | $5,828.82 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 10/12/2023 | $6,519.69 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/12/2023 | $9,004.50 |

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| Titan Solar Power FL, Inc. | Kumquat Solar | 10/12/2023 | $500.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/13/2023 | $5,760.00 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 10/19/2023 | $968.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 10/19/2023 | $1,621.13 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 10/19/2023 | $2.00 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 10/19/2023 | $5,565.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/19/2023 | $15,711.96 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 10/26/2023 | $36,473.10 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 10/26/2023 | $10,226.92 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 10/26/2023 | $4,697.00 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 11/2/2023 | $7,152.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/2/2023 | $4,747.85 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 11/2/2023 | $16,683.53 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 11/9/2023 | $5,158.48 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/9/2023 | $5,191.00 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 11/9/2023 | $11,909.25 |
| Titan Solar Power MO, Inc. | Kumquat Solar | 11/9/2023 | $50.00 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 11/9/2023 | $3,673.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/9/2023 | $3,343.10 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/16/2023 | $3,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 11/16/2023 | $28,348.42 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/22/2023 | $1,850.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 11/22/2023 | $2,869.82 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 11/22/2023 | $778.40 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 11/22/2023 | $23,749.50 |
| Titan Solar Power OH, Inc. | Kumquat Solar | 11/22/2023 | $2,100.00 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 11/30/2023 | $1,493.00 |

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 12/7/2023 | $5,500.00 |
| Titan Solar Power LA, Inc. | Kumquat Solar | 12/7/2023 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 12/7/2023 | $12,417.06 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 12/8/2023 | $5,789.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 12/14/2023 | $5,635.64 |
| Titan Solar Power MO, Inc. | Kumquat Solar | 12/14/2023 | $6,042.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 12/14/2023 | $20,509.44 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 12/21/2023 | $35,824.32 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 12/21/2023 | $3,850.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 12/28/2023 | $22,211.81 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 1/4/2024 | $13,760.64 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 1/11/2024 | $486.71 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 1/11/2024 | $11,995.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 1/12/2024 | $1,758.00 |
| Titan Solar Power MD, Inc. | Kumquat Solar | 1/12/2024 | $118.00 |
| Titan Solar Power MO, Inc. | Kumquat Solar | 1/12/2024 | $150.00 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 1/12/2024 | $208.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 1/12/2024 | $2,590.00 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 1/12/2024 | $172.00 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 1/12/2024 | $396.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 1/12/2024 | $434.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 1/18/2024 | $19,361.00 |
| Titan Solar Power UT, Inc. | Kumquat Solar | 1/25/2024 | $500.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 1/25/2024 | $4,680.51 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 1/25/2024 | $2,329.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 1/25/2024 | $8,350.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 2/1/2024 | $11,727.50 |

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| Titan Solar Power TX, Inc. | Kumquat Solar | 2/8/2024 | $35,281.10 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 2/8/2024 | $1,560.01 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 2/8/2024 | $61.50 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 2/15/2024 | $11,692.61 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 2/15/2024 | $36,417.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 2/22/2024 | $1,500.00 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 2/22/2024 | $2,700.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 2/22/2024 | $30,745.98 |
| Titan Solar Power VA, Inc. | Kumquat Solar | 2/22/2024 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 2/29/2024 | $5,400.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 2/29/2024 | $11,649.40 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 2/29/2024 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 3/7/2024 | $6,387.99 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/7/2024 | $2,825.10 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 3/7/2024 | $1,000.00 |
| Titan Solar Power LA, Inc. | Kumquat Solar | 3/14/2024 | $2,000.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/14/2024 | $8,881.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/21/2024 | $2,000.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 3/21/2024 | $5,091.27 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 3/28/2024 | $17,351.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 3/28/2024 | $7,030.70 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 4/4/2024 | $4,142.12 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/11/2024 | $16,162.90 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/18/2024 | $12,858.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 4/18/2024 | $2,675.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 4/25/2024 | $18,545.00 |

| Debtor | Sales Organization | Date | Amount |
|---|---|---|---|
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/2/2024 | $4,329.61 |
| Titan Solar Power UT, Inc. | Kumquat Solar | 5/2/2024 | $468.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/9/2024 | $18,825.20 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/16/2024 | $13,662.50 |
| Titan Solar Power FL, Inc. | Kumquat Solar | 5/16/2024 | $4,708.80 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 5/16/2024 | $3,148.74 |
| Titan Solar Power UT, Inc. | Kumquat Solar | 5/16/2024 | $338.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 5/23/2024 | $32,660.63 |
| Titan Solar Power NC, Inc. | Kumquat Solar | 6/3/2024 | $350.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/3/2024 | $1,750.00 |
| Titan Solar Power TX, Inc. | Kumquat Solar | 6/3/2024 | $6,630.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/3/2024 | $150.00 |
| Titan Solar Power ID, Inc. | Kumquat Solar | 6/3/2024 | $150.00 |
| Titan Solar Power MO, Inc. | Kumquat Solar | 6/3/2024 | $1,772.00 |
| PM & M Electric, Inc. / Titan Solar Power AZ, Inc. | Kumquat Solar | 6/6/2024 | $4,265.87 |
| **TOTAL:** | | | **$1,212,677.90** |