Jonathan M. Saffer (State Bar No. 022004)
Theodore P. Witthoft (State Bar No. 021632)
Daniel B. Bernardone (State Bar No. 033256)
Alexander J. Relich (State Bar No. 038626)
**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Fax: (480) 863-1523
Email: jsaffer@rllsaz.com
Email: twitthoft@rllsaz.com
Email: dbernardone@rllsaz.com
Email: arelich@rllsaz.com
*Attorneys for Chapter 7 Trustees,*
*David A. Birdsell and David Reaves*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>[TITAN SOLAR POWER] PM & M ELECTRIC, INC.,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:24-bk-04978-MCW<br>(Jointly Administered)<br><br>Adv. No. 2:26-ap-00185-MCW |
| THIS FILING APPLIES TO:<br><br>□ All Debtors<br><br>■ Specified Debtors:<br><br>PM & M Electric, Inc. dba Titan Solar Power; Titan Solar Power AZ, Inc.; Titan Solar Power FL, Inc.; Titan Solar Power ID, Inc.; Titan Solar Power LA, Inc.; Titan Solar Power MD, Inc.; Titan Solar Power MO, Inc.; Titan Solar Power NC, Inc.; Titan Solar Power OH, Inc.; Titan Solar Power TX, Inc.; Titan Solar Power UT, Inc.; and Titan Solar Power VA, Inc. | **DECLARATION OF THEODORE P. WITTHOFT IN SUPPORT OF TRUSTEES' APPLICATION FOR ENTRY OF DEFAULT** |
| DAVID A. BIRDSELL, as Chapter 7 Trustee for PM & M Electric, Inc. dba Titan Solar Power, Titan Solar Power | |

AZ, Inc., Titan Solar Power FL, Inc., Titan Solar Power ID, Inc., Titan Solar Power LA, Inc., Titan Solar Power MD, Inc., Titan Solar Power MO, Inc., Titan Solar Power NC, Inc., and Titan Solar Power OH, Inc.; and DAVID REAVES, as Chapter 7 Trustee for Titan Solar Power TX, Inc., Titan Solar Power UT, Inc., and Titan Solar Power VA, Inc.,

Plaintiffs,

vs.

KUMQUAT SOLAR LLC; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS/COMPANIES I-X,

Defendants.

I, Theodore P. Witthoft, make this declaration under penalty of perjury and I declare and state as follows:

1. I am an attorney duly admitted to practice in the State of Arizona and in this Court.

2. I am an attorney in the law firm of Rusing Lopez Lizardi & Saffer, P.L.L.C. with offices located at 7047 E. Greenway Parkway, Suite 400, Scottsdale, Arizona 85254.

3. I am one of the attorneys for the Chapter 7 Trustees, David A. Birdsell and David Reaves, and I submit this declaration to comply with Rules 7054 and 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(a) of the Federal Rules of Civil Procedure.

4. The following parties in this action against whom a judgment for affirmative relief is sought, failed to plead or otherwise defend as provided in the Federal Rules of Civil Procedure and are hereinafter designated (Referred to hereinafter as "Defendant"):

Kumquat Solar LLC
c/o Marquis Aurbach Chtd
10001 Park Run Drive
Las Vegas, NV 89145

Kumquat Solar LLC
c/o Kumquat Holdings LLC
6130 W Flamingo Rd
Las Vegas, NV 89103

5. To comply with the requirements of 50 U.S.C. § 520, I verify that Defendant is not in the military service and that the provisions of the Soldiers' and Sailors' Civil Relief Act do not apply. In the event that I cannot verify that Defendants are not in the military service, I have filed herewith an Affidavit of Non-Military Service, executed by a person who has knowledge of facts on which such verification may be made.

6. The Court issued a Summons ("Summons") for Defendant on June 23, 2026.

7. On June 23, 2026, Plaintiffs' Summons and Plaintiffs' Complaint were made pursuant to Rule 7004(b)(1), Federal Rules of Bankruptcy Procedure, by mailing a copy of the Summons and the Complaint in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid via first-class mail to the Defendant at the addresses listed in the Certificate of Service filed in this adversary proceeding at Docket No. 4.

8. As of August 3, 2026, Defendant has not filed an answer to the Complaint.

9. Pursuant to Bankruptcy Rule 7012, Defendant shall serve an answer within thirty days after the issuance of the Summons.

10. Plaintiffs' service of the Summons and Complaint was proper pursuant to Bankruptcy Rule 7004(b)(1). Defendant had thirty days under this statute to file an answer and that time has passed.

WHEREFORE, declarant requests that default judgment be entered against Defendant.

Dated this 4th day of August 2026.

/s/ Theodore P. Witthoft (#021632)
Theodore P. Witthoft

Copy of the foregoing mailed
this 4th day of August, 2026 to:

Kumquat Solar LLC
c/o Marquis Aurbach Chtd
10001 Park Run Drive
Las Vegas, NV 89145

Kumquat Solar LLC
c/o Kumquat Holdings LLC
6130 W Flamingo Rd
Las Vegas, NV 89103

/s/ *Meaghan Smith*