SO ORDERED.

Dated: August 21, 2026

Madeleine C. Wanslee

Madeleine C. Wanslee, Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

[TITAN SOLAR POWER] PM & M ELECTRIC, INC.,

Debtor.

THIS FILING APPLIES TO:

□ All Debtors
■ Specified Debtors:

PM & M Electric, Inc. dba Titan Solar Power; Titan Solar Power AZ, Inc.; Titan Solar Power FL, Inc.; Titan Solar Power ID, Inc.; Titan Solar Power LA, Inc.; Titan Solar Power MD, Inc.; Titan Solar Power MO, Inc.; Titan Solar Power NC, Inc.; Titan Solar Power OH, Inc.; Titan Solar Power TX, Inc.; Titan Solar Power UT, Inc.; Titan Solar Power VA, Inc.

DAVID A. BIRDSELL, as Chapter 7 Trustee for PM & M Electric, Inc., dba Titan Solar Power, Titan Solar Power AZ, Inc., Titan Solar Power FL, Inc., Titan Solar Power ID, Inc., Titan Solar Power LA, Inc., Titan Solar Power MD, Inc., Titan Solar Power MO, Inc., Titan Solar Power NC, Inc., and Titan Solar Power OH, Inc.; and DAVID REAVES, as Chapter 7 Trustee for Titan Solar

Chapter 7 Proceedings

Case No. 2:24-bk-04978-MCW
(Jointly Administered)

Adv. No. 2:26-ap-00185-MCW

**DEFAULT JUDGMENT AGAINST DEFENDANT KUMQUAT SOLAR LLC**

Power TX, Inc., Titan Solar Power UT, Inc., and Titan Solar Power VA, Inc.,

Plaintiffs,

vs.

KUMQUAT SOLAR LLC; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; AND XYZ PARTNERSHIPS/COMPANIES I-X;

Defendants.

The Plaintiffs, David A. Birdsell and David Reaves, solely in their capacities as Chapter 7 Trustees for their respective bankruptcy estates, by and through their attorneys, Rusing Lopez Lizardi & Saffer, P.L.L.C., having filed a complaint on June 19, 2026 ("Complaint") against Defendant Kumquat Solar LLC (hereinafter referred to as the "Defendant"); the Plaintiffs having filed the Trustees' Motion for Entry of Default Judgment against Defendant; Defendant being neither infant nor incompetent; Defendant having been properly served pursuant to Rule 7004(b)(1) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend having expired and Defendant having failed to do so; the Complaint having set forth facts sufficient to support the claim for relief; and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED granting default judgment against Defendant Kumquat Solar LLC and in favor of Plaintiffs as follows:

A. Avoiding the transfers identified in the Complaint, pursuant to 11 U.S.C. §§ 547 & 548;

B. Entering judgment against Defendant in the amount of $1,212,677.90, pursuant to 11 U.S.C. § 550;

C. Plaintiffs may record this Judgment in any appropriate county recorder's office;

D. This Judgment is a final Judgment which can be enforced and relied upon according to its terms, and this Court hereby determines that, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 7054, there is no just reason for delay in the entry of this Judgment and this Court expressly directs this Judgment shall be entered immediately and shall be and hereby is a final Judgment of this Court; and

E. The Bankruptcy Clerk is directed to close this adversary proceeding.

**SIGNED AND DATED ABOVE**



Case 2:26-ap-00185-MCW Doc 11 Filed 08/21/26 Entered 08/24/26 10:24:21 Desc
Main Document Page 3 of 3